COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE | | |
| | § | No. 08-11-00269-CV |
| | | |
| BANK OF AMERICA, N.A., | § | AN ORIGINAL PROCEEDING |
| | | |
| | § | IN MANDAMUS |
| RELATOR. | | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator asks this Court to issue a writ of mandamus against the Honorable Patrick Garcia, Judge of the 384th District Court of El Paso County. To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 135-36. Based on the petition and on the record before us, we conclude that Relator has not demonstrated its entitlement to mandamus relief. Accordingly, the petition is denied. *See* TEX.R.APP.P. 52.8(a).

September 14, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.